UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin Joseph Kennedy,                                            Civ. No. 14-1908 (PAM/JSM)

          Petitioner,

v.                                                                                      **ORDER**

United States of America,

          Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Janie S. Mayeron dated August 11, 2014. The R&R recommends denial of the Petition for Writ of Habeas Corpus and of Petitioner's Application to Proceed In Forma Pauperis. Petitioner sought an extension of time in which to file objections to the R&R, and this Court granted him an extension until September 25, 2014. Petitioner has yet to file any objections, however, and the time to do so is now two weeks past.

According to statute, the Court must conduct a de novo review of any portion of the Magistrate Judge's opinion to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). Petitioner failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 3) without further discussion.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 (Docket No. 1) is **DENIED**; and

3.      Petitioner's Application to Proceed In Forma Pauperis (Docket No. 2) is

**DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 15, 2014

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge